UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-550 (MJD/JGL)

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

BRUEGGER'S FRESH BAGEL
BAKERY,

Defendant.

Judge Michael J. Davis has referred the above matter to me for purposes of conducting a settlement conference. This settlement conference has been scheduled for **Thursday, September 6, 2001, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: June 27, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Tina Burnside, Esq.
Equal Employment Opportunity
Commission
330 South Second Avenue Suite 430
Minneapolis, MN 55401-2224

Robert Mills McClay
McClay & Alton
951 Grand Avenue
St. Paul, MN 55105

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK