UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-550 MJD/JGL

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

**PRETRIAL ORDER**

BRUEGGER'S FRESH BAGEL BAKERY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 3 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2001;

3. The period during which the parties may seek discovery shall be completed by December 1, 2001;

4. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2001;

5. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to March 1, 2002; and

6. This case will be considered "ready for trial" as of May 1, 2002.

DATED: June 27, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUN 27 2001
Francis E. Dosal, Clerk
Judgment Entd.______________
Deputy Clerk______________