UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. BRUEGGER'S FRESH BAGEL BAKERY, Defendant. | Civil Action No. 01-550 (MJD/JGL) **STIPULATION TO AMEND COMPLAINT** |

IT IS STIPULATED AND AGREED to by and between the parties in the above referenced case that the Complaint shall be amended to substitute Norstar Bagel Bakeries, Inc. ("Norstar") as the defendant. The amended complaint shall reflect that Norstar Bagel Bakeries, Inc. ("Norstar") is the proper defendant d/b/a Bruegger's Fresh Bagel Bakery.

Dated: July 2, 2001

Tina Burnside
Senior Trial Attorney
Equal Employment Opportunity Commission
330 Second Avenue South, Suite 430
Minneapolis, MN 55401
(612) 335-4047

Dated: June 29, 2001

Robert McClay (#69620)
McClay Alton, P.L.L.P
951 Grand Avenue
St. Paul, MN 55105
(651) 290-0301

Attorney for Defendant
Norstar Bagel Bakeries, Inc.
d/b/a Bruegger's Fresh Bagel Bakery

FILED JUL 03 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

SO ORDERED this 2 day of July, 2001 in Minneapolis, MN.

Jonathan G. Lebedoff
United States Magistrate Judge