UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Equal Employment Opportunity, Commission,

Plaintiff,

vs.

Norstar Bagel Bakeries, Inc. d/b/a Bruegger's Fresh Bagel Bakery,

Defendant.

Civil Action No.: 01-CV-550 MJD/JGL

**ORDER**

---

This action was filed by the EEOC alleging that Defendant discriminated against Karl Holloway. Defendant denied that it had committed any of the violations alleged by the EEOC. The parties have worked diligently to reach an amicable resolution of this matter and have done so with the exception of agreed language in two provisions of the Consent Decree. The parties, by agreement, have submitted these disputes to this Court for its decision. Each party has filed a letter argument in support of its respective position.

Based on all the files, records and proceedings herein, including the letter arguments of the parties, the Court makes the following Order:

1. That provision II. A of the Consent Decree shall read as follows:

II. Non-Monetary Terms

A. Compliance with Title VII

Title VII of the Civil Rights Act of 1964, as amended, prohibits discrimination on the basis of race, color, religion, sex and national origin. 42 U.S.C. §2000e, et seq. Defendant will take the measures outlined in this Consent

FILED OCT 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Decree to help insure that employees are not discriminated against in violation of Title VII. Defendant will not take any actions against employees because they have exercised their rights under Title VII.

2. That provision II. I of the Consent Decree shall read as follows:

I. <u>Enforcement of Consent Decree</u>

If at any time during the effective date of this Consent Decree, the EEOC believes that a violation of this Decree has occurred, prior to exercising its right to move to compel enforcement, the EEOC shall give written notice detailing the perceived violation to Defendant. Defendant shall have thirty (30) days from receipt of written notice to investigate and respond in writing to the allegation that a violation has occurred. Thereafter, the parties shall have a period of thirty (30) days, or such additional period as may be agreed upon in writing by them, in which to engage in negotiation and conciliation regarding any alleged violation before the EEOC may move to compel compliance. The parties agree that this Consent Decree may be specifically enforced in court but may use this evidence only in a subsequent proceeding in which any of the parties allege a breach of this Consent Decree.

3. Counsel for the Defendant shall prepare the proposed Consent Decree incorporating the above provisions verbatim. Same shall be signed by counsel for the parties and submitted to Judge Davis for his review and approval.

Dated: OCT 9, 2001

Jonathan Lebedoff
U.S. Magistrate Judge
U.S. District Court, District of Minnesota