UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

NORSTAR BAGEL BAKERIES, INC. d/b/a BRUEGGER'S FRESH BAGEL BAKERY,

Defendant.

Civil Action No. 01-550 (MJD/JGL)

Stipulation and Order for Dismissal With Prejudice

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based upon the Consent Decree signed and ordered by the Court November 1, 2001, the Equal Employment Opportunity Commission and Norstar Bagel Bakeries, Inc. hereby stipulate to the dismissal of this action with prejudice, and to retention of jurisdiction by the Court to enforce the provisions of the Consent Decree.

Jean P. Kamp
Regional Attorney

12/18/01
Date

Tina Burnside
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401
(612) 335-4047

12/18/01
Date

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Robert McClay
McClay & Alton
951 Grand Avenue
St. Paul, MN 55105
(651) 290-0301

December 20, 2001
Date

Attorney for Defendant
NORSTAR BAGEL BAKERIES, INC. d/b/a
BRUEGGER'S FRESH BAGEL BAKERY

**ORDER**

SO ORDERED this 6th day of Jan., 2002

Hon. Michael J. Davis
United States District Judge