UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Equal Employment Opportunity Commission,

Plaintiff,

vs.

Norstar Bagel Bakeries, Inc. d/b/a Bruegger's Fresh Bagel Bakery,

Defendant.

Civil Action No.: 01-CV-550 MJD/JGL

**ORDER DISSOLVING CONSENT DECREE**

---

Based on all the files, records and proceedings herein, the Court makes the following Order:

The Consent Decree is hereby dissolved and this action is dismissed with prejudice.

Dated: 12 · 5, 2002

Michael J. Davis
U.S. District Court Judge
U.S. District Court, District of Minnesota

FILED 12-6-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK